UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )     No. 12-10238-FDS
                              )
JONATHAN FRAIMAN              )
                              )
_____)
```

**MOTION TO EXTEND SELF-REPORT DATE**

Now comes the defendant Jonathan Fraiman and respectfully moves that this Honorable Court extend the date on which he must self-report to his BOP-designated place of incarceration from June 6, 2016, until June 13, 2016.

As reason therefor, defendant states:

1. Defendant previously moved for an extension of his delf-report date until June 16, 2016, to permit time for him to seek relief in the First Circuit Court of Appeals if this Court denied his motion for bail pending appeal. The Court granted the motion in part and denied it in part, extending defendant's self-report date only until June 6, 2016.

2. This Court denied defendant's bail pending appeal motion on Friday, May 20, 2016.

3. Defendant moved expeditiously to seek relief in the First Circuit, filing a motion for bail pending appeal in that court on Monday, May 23, 2016. The government filed its opposition on the afternoon of Friday, May 27, 2016, and the defendant filed his reply on Monday, May 30, 2016.

4. As of this afternoon, May 31, 2016, the First Circuit has not yet ruled on defendant's motion. Accordingly, defendant seeks an extension of his self-report date to permit sufficient time for the First Circuit to rule on his motion for bail pending appeal before he is required to report to his designated place of incarceration.

5.  The government objects to the granting of this motion.

WHEREFORE, defendant requests that this Honorable Court extend his self-report date from June 6, 2016, until June 13, 2016.

> Respectfully submitted,
> By his attorney,
>
> **/s/ Kimberly Homan**
> Kimberly Homan
> 20 Park Plaza, Suite 1000
> Boston, Massachusetts 02116
> tel: (617) 227-8616
> fax: (617) 227-9538
> homanlaw@aol.com

## CERTIFICATE OF SERVICE

I, Kimberly Homan, hereby certify that on this 31st day of May, 2016, I caused the within Motion to be served on all registered participants through its filing with this Court's CM/ECF system.

> **/s/ Kimberly Homan**
> Kimberly Homan