# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 12-CR-10238 (FDS) |
| JONATHAN FRAIMAN, | |
| Defendant. | |

## GOVERNMENT'S OPPOSITION TO THE DEFENDANT'S MOTION TO EXTEND THE SELF-REPORT DATE

The government respectfully submits this opposition to the defendant Jonathan Fraiman's Motion to Extend the Self-Report Date (the "Motion") (Docket Number 249). On May 23, 2016, Fraiman filed a motion for bail pending appeal with the First Circuit Court of Appeals, after this Court had denied a similar motion on May 20, 2016. On May 24, 2016, the United States Attorney's Office received a voice message from an attorney working for the First Circuit, asking that, in light of the defendant's self-surrender date of June 6, the government file its opposition to Fraiman's motion for bail by Friday, May 27, 2016, three days later. The government adhered to that requested timeline and filed its opposition on May 27, 2016. Given that this accelerated timeline for the government's opposition was suggested by the First Circuit Court of Appeals specifically with the June 6 self-surrender date in mind, there does not appear to be good cause to further delay Fraiman's self-surrender date. Rather, it seems that the Court of Appeals is well aware of that deadline and intends to resolve the bail issue before then.

Therefore, the government respectfully requests that the Motion be denied.

                                               Respectfully submitted,

                                               CARMEN M. ORTIZ
                                               United States Attorney

                                       By: _/s/ Vassili Thomadakis_
                                               VASSILI THOMADAKIS
                                               ERIC P. CHRISTOFFERSON
                                               Assistant U.S. Attorneys

Dated:  May 31, 2016

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 31, 2016

*/s/ Vassili Thomadakis*
VASSILI THOMADAKIS